IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00522-WDM-KMT

JEFFERY L. KARTUS

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO,

    Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion for Entry of Protective Order" (#8, filed July 10, 2008) is **GRANTED**. The Protective Order will be entered.

Dated: July 15, 2008