IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00522-WDM-KMT

JEFFERY L. KARTUS,

        Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO,

        Defendant.

---

## ORDER

---

This matter is before the court on the parties' oral motion to amend certain dates in the

Scheduling Order [Doc. No. 20].  For good cause shown, and as stipulated to by the parties, the

following dates contained in the Scheduling Order are **AMENDED** as follows:

| | |
|---|---|
| Discovery Cut Off | April 10, 2009 |
| Dispositive Motion Deadline | May 11, 2009 |
| Designation of Experts | February 27, 2009 |
| Rebuttal Experts | March 30, 2009 |

**The Final Pretrial Conference in this case will remain as scheduled for July 7, 2009**

**at 10:00 a.m.**

Dated this 17th day of December, 2008.

**BY THE COURT:**

_Kathleen M. Tafoya_

Kathleen M. Tafoya
United States Magistrate Judge