IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00522-WDM-KMT

JEFFERY L. KARTUS

 Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO,

 Defendant.

---

**ORDER OF RECUSAL**

---

 This matter comes before me *sua sponte*. To eschew the appearance of impropriety, I conclude that I must recuse myself from this case.

 Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000). However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation." *Hinman v. Rogers*, 831 F.2d. 937, 939 (10th Cir. 1987).

 One of my family members owns stock in Xcel Energy, the successor to the defendant in this case. Under these circumstances, the court's impartiality might reasonably be questioned. Because of the use of the name Public Service Company instead of Xcel Energy in the caption of

the case, the electronic conflicts checking software did not alert me to this conflict and it did not come to my attention until I held a settlement conference with the parties.

I have disclosed my conflict to all the parties and, with their consent and permission, attempted to help with potential settlement negotiations. However, the settlement has not been successful to date and therefore I must recuse myself from all further matters involving this case.

Therefore, it is **ORDERED**:

Pursuant to 28 U.S.C. § 455(a), I hereby **RECUSE** myself from all further involvement in this case. The Clerk's Office shall randomly draw and assign another Magistrate Judge to this case.

Dated this 23rd day of January, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge