IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00522-WDM-KMT

JEFFERY L. KARTUS,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a EXCEL ENERGY,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado on April 13, 2009

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States Senior District Judge